

**SO ORDERED.**

**SIGNED this 11 day of January, 2011.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Richard Stair Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE

In re

Case No. 07-34157

RASHID SAID RASHID
aka RASHID RASHID

        Debtor

ANN MOSTOLLER, TRUSTEE

        Plaintiff

v.                                                   Adv. Proc. No. 09-3194

W. CONRAD, LLC and
CLEMENT JOSEPH MILANZI

        Defendants

W. CONRAD, LLC

        Third-Party Plaintiff

v.

MORTGAGE INVESTORS GROUP and
CHARLES E. TONKIN, II, TRUSTEE

        Third-Party Defendants

## **O R D E R**

The court, on its own motion, directs that the Motion for Summary Judgment filed by the Plaintiff on January 10, 2011, is DENIED, without prejudice, because it was not accompanied by a statement of material facts which the Movant contends are undisputed as required by E.D. LBR 7056-1(a). Additionally, the Plaintiff inappropriately filed her brief in support of the Motion for Summary Judgment as an exhibit to the Motion rather than as a separate document.

###